ORDER
Petitioner filed a petition for rehearing and rehearing en banc. Respondent filed a response.
The panel voted to deny panel rehearing.
A member of the Court requested a poll of the Court on the petition for rehearing en banc. Chief Judge Williams, Judge Wilkinson, Judge Niemeyer, Judge Trax-ler, Judge Shedd, Judge Duncan, and Judge Agee voted to deny the petition for rehearing en banc. Judge Michael, Judge Motz, Judge King, and Judge Gregory voted to grant the petition for rehearing en banc.
The Court denies the petition for rehearing and rehearing en banc.
Judge Shedd wrote an opinion concurring in the denial of rehearing en banc, in which Chief Judge Williams joins. Judge Michael wrote an opinion dissenting from the denial of rehearing en banc, in which Judge Motz, Judge King, and Judge Gregory join.